```
Lorenzo Hunt
Reg. No. 62267-019
FCI Otisville
P.O. Box 1000
Otisville, NY 10963
```

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

LORENZO HUNT,
      Petitioner,

25 CV 6045 -W

v.

Civil No.:

E. RICKARD (Warden, FCI Otisville),
et al.,
      Respondents.
_____/



**EMERGENCY**
**PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241**

**I.  GENERAL INFORMATION**

   1. Full Name:

     (a) Name: Lorenzo Hunt

   2. Place of Confinement:

     (a) Name of Institution: Federal Corrections Institute ("FCI") Otisville

     (b) Address: P.O. Box 1000, Otisville, NY 10963

     (c) Register Number: 62267-019

   3. Currently Being Held on Orders By: Federal authorities

   4. Currently Serving: A sentence after having been convicted of a federal crime in violation of 18 U.S.C. §§ 1962(D) and 1963(A)

     (a) Name and Location of Sentencing Court: United States District Court Western District of New York (Buffalo)

    (b) Docket Number of Criminal Case:
        1:10-cr-00239-WMS-HHBS-4

    (c) The Plea: Pled Guilty

    (d) Date of Sentencing: May 31, 2017

## II. DECISION BEING CHALLENGED

5. The Challenge in this Petition: How Petitioner's sentence is being credited by the BOP

6. Additional Information about the Decision Being Challenged:

    (a) Name and Location of Agency: U.S. Department of Justice Federal Bureau of Prisons ("BOP"), FCI Otisville, Otisville, NY

    (b) Case Number: N/A

    (c) Decision Being Challenged: The BOP's violation of the governing federal statues, refusing to apply Petitioner's FSA ETC's toward prerelease custody and transfer Petitioner to RRC or HC, as required by the FSA.

## III. GROUNDS FOR CHALLENGE IN THIS PETITION

**GROUND ONE:** Petitioner is eligible to have his FSA ETC's applied toward his prerelease custody or supervised release. The BOP refusal to apply Petitioner's FSA ETC's and transfer Petitioner to prerelease custody, as defined by the FSA, due to a "detainer," is in violation of the governing federal statutes.

See Attach Memorandum of Law in Support of Emergency Petition for Writ of Habeas Corpus, a copy of which is attached hereto and incorporated by reference herewith.

## IV. REQUEST FOR RELIEF

The Honorable Court should issue an Order directing the BOP to apply Petitioner's FSA ETC's, regardless of his detainer status, toward prerelease custody and immediately transfer Petitioner to a residential re-entry center or be placed on home confinement, regardless of his detainer status.

DECLARATION

I, Lorenzo Hunt, state under penalty of perjury that the foregoing is true and correct.

Dated: January 17, 2025

                                                                          Lorenzo Hunt