UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LORENZO HUNT,

                        Petitioner,

               25 **CIVIL** 989 (PAE)(JW)

       -against-                               **JUDGMENT**

E. RICKARD, *et al.,*

                       Respondents.
-------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 5, 2025, the Court has DENIED the petition without prejudice; accordingly, the case is closed.

**DATED:** New York, New York
          December 5, 2025

                                 **TAMMI M. HELLWIG**
                                 _____
                                 **Clerk of Court**

              **BY:**         K. mango

                                 _____
                                 **Deputy Clerk**